No. 94–728. IN RE SMITH;
No. 94–1100. IN RE ROGERS;
No. 94–7125. IN RE GREEN;
No. 94–7201. IN RE NASH;

No. 94–7581. IN RE GAY; and

No. 94–7652. IN RE TABAS. Petitions for writs of mandamus denied.